**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

NO. CAAP-10-0000097

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CATIRINA GANITANO CAOILI, Plaintiff-Appellee, v.
EDUARDO CAOILI, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 00-1-0642)

ORDER APPROVING THE STIPULATION TO DISMISS APPEAL
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, the papers in support, and the records and files herein, it appears the parties settled the underlying family court matter and agree to dismissal of the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved, and this appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawaiʻi, June 21 2011.


Chief Judge


Associate Judge


Associate Judge